

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00191-CV

Alexander Webster **PIERCE** III,
Appellant

v.

Julia Tomlin **PIERCE**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-10620
Honorable Solomon Casseb III, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court for this appeal are taxed against Appellant Alexander Webster Pierce III.

SIGNED June 5, 2019.

_____
Patricia O. Alvarez, Justice